DOTY, Respondent, v. SYRACUSE & S. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Mary M. Doty against the Syracuse & Suburban Railroad Company. PER CURIAM. Judgment of County Court and of Municipal Court of the city of Syracuse reversed, and a new trial ordered in said Municipal Court, with costs in all courts to appellant to abide event. New trial to be had on Tuesday, June 9, 1908, at 10 o'clock in the forenoon. *Held*, that the verdict of the jury was contrary to and against the weight of the evidence. See 106 N. Y. Supp. 1123.

SPRING and KRUSE, JJ., dissent.

DOYLE, Respondent, v. TILLOTSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 20, 1908.) Action by Michael F. Doyle against Erwin Tillotson and another. No opinion. Judgment affirmed, with costs.

DREYFUS, Appellant, v. DREYFUS, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Beatrice Dreyfus against Emil Dreyfus. L. J. Vorhaus, for appellant. H. W. Unger, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

DROWNE v. DROWNE. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Henry R. Drowne against Louisa F. Drowne. From an order granting a bill of particulars, plaintiff appeals. Modified and affirmed. William H. Hamilton, for appellant. Daniel P. Hays, for respondent. PER CURIAM. The order appealed from should be modified by striking out all of the third, fourth, and ninth subdivisions, and modifying the sixth, seventh, and eighth subdivisions as follows: The sixth, by requiring the plaintiff to state only "the names of the other man or men" with whom the adultery is alleged to have been committed, if known to the plaintiff, and, if not known, a description of such man or men, so far as known to plaintiff, together with a statement of the times when and the places where, during the months of November and December, 1904, and January, 1905, such acts of adultery are alleged to have been committed; the seventh, by requiring the plaintiff to state only the names of "the other men" referred to in subdivision ninth of the complaint, if known to the plaintiff, and, if not known, a description of such men with whom said acts of adultery are alleged to have been committed, so far as known to plaintiff, and the times in the months of November and December, 1905, and January, February, and March, 1906, when such acts are alleged to have been committed; the eighth, by requiring the plaintiff to state only the names of "the other man or men" therein referred to, if known to the plaintiff, and if not known, a description of such other man or men, so far as known to plaintiff—and, as thus modified, the order is affirmed, without costs.

DROWNE, Appellant, v. DROWNE, Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Henry R. Drowne against Louisa F. Drowne. A. H. Hamilton, for appellant. D. P. Hays, for respondent. PER CURIAM. Order affirmed, with $10 costs and disbursements. Order filed. See supra.

HOUGHTON, J., dissents as to alimony.

DUFFY, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, First Department. June 19, 1908.) Action by Fredrieker Duffy, as administratrix, against the New York Central & Hudson River Railroad Company. R. A. Kutschbock, for appellant. J. H. Cohn, for respondent. PER CURIAM. Judgment and order affirmed, with costs. Order filed.

McLAUGHLIN, J., dissents generally, and HOUGHTON, J., dissents on the ground that the verdict of the jury as to the decedent exercising proper care is against the weight of evidence.

DUNNE, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Beitha F. Dunne against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DUNNE, Respondent, v. RICHMOND LIGHT & R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Richard W. Dunne against the Richmond Light & Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

DUNNIGAN, Appellant, v. KATHAN, Respondent. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by George A. Dunnigan against H. R. Kathan. PER CURIAM. Judgment and order (106 N. Y. Supp. 1111) affirmed, with costs, upon the ground plaintiff has not performed all the conditions which are, by the terms of the contract, made precedent to the defendant's liability.

KELLOGG, J., dissents.

In re DUNNING. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Charles T. Dunning. No opinion. Motion denied, on terms stated in order. Order filed.

DUNPHY v. CALLAHAN. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Edward J. Dunphy against Cornelius Callahan. No opinion. Motion granted, and question certified. Order filed.

In re DUNPHY. (Supreme Court, Appellate Division, First Department. June 26,

1908.) In the matter of Edward J. Dunphy, as executor, etc., of Katharine D. Callahan, deceased. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re DUNPHY. (Supreme Court, Appellate Division, First Department. June 26, 1908.) In the matter of Edward J. Dunphy. No opinion. Motion granted, with $10 costs. Order filed.

In re DURAND et al. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the settlement of the accounts of J. Ewing Durand and another as executors, etc. No opinion. Decree of Surrogate's Court affirmed, with costs. See 107 N. Y. Supp. 393.

EAST HAMPTON LUMBER & COAL CO., Limited, Respondent, v. STIMSON, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by the East Hampton Lumber & Coal Company, Limited, against Julia M. Stimson. No opinion. Judgment affirmed, with costs.

EDWARDS, Respondent, v. BOARD OF EDUCATION, UNION FREE SCHOOL DIST. NO. 4, TOWN OF ORANGETOWN, ROCKLAND COUNTY, et al., Appellants. (Action No. 1.) (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by William S. Edwards against the board of education, Union free school district No. 4, town of Orangetown, Rockland county, and others.
PER CURIAM. Judgment affirmed, with costs.
HOOKER, J., dissents.

In re ELLISON. (Supreme Court, Appellate Division, Fourth Department. July 7, 1908.) In the matter of the accounting of F. T. Ellison, as administrator of George W. Ellison, deceased. No opinion. Order affirmed, with $10 costs and disbursements.

ELMER, Respondent, v. VAN RENSSELAER et al., Appellants. (Supreme Court, Appellate Division, Third Department. June 18, 1908.) Action by Herbert C. Elmer against Leland D. Van Rensselaer and another. No opinion. Judgment unanimously affirmed, with costs.

ENGEL v. SONTAG. (Supreme Court, Appellate Division, First Department. June 26, 1908.) Action by Aaron Engel against Herman Sontag. No opinion. Motion denied, with $10 costs. Order signed.

ENSLEY, Respondent, v. INTERBOROUGH RAPID TRANSIT CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Nellie I. Ensley against the Interborough Rapid Transit Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re ESSIG'S WILL. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) In the matter of the probate of the last will and testament of Frances Anna Essig, deceased. No opinion. Decree of the Surrogate's Court of Kings county affirmed, without costs.

FAHRENWALD, Appellant, v. FAHRENWALD, Respondent. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Herman Fahrenwald against Bridget Fahrenwald. C. Weishaupt, for appellant. B. Aaronson, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

FAIRBANKS, Appellant, v. AMERICAN RY. TRAFFIC CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 18, 1908.) Action by Edwin T. Fairbanks, an infant, etc., by Harriet A. Fairbanks, his guardian ad litem, against the American Railway Traffic Company. No opinion. Judgment and order unanimously affirmed, with costs.

FALVO, Respondent, v. CITY OF UTICA et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1908.) Action by Pietro Falvo against the city of Utica and others. No opinion. Interlocutory judgment affirmed, with one bill of costs, with leave to defendants to answer upon payment of the costs of the demurrer and of this appeal.

FARMERS' LOAN & TRUST CO., Respondent, v. SHAW et al., Appellants. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by the Farmers' Loan & Trust Company, as executor and trustee, etc., against John W. A. Shaw and others, impleaded. J. F. Horan, for appellants. A. C. Cowan, for respondent. No opinion. Judgment affirmed, with costs, on opinion of Bischoff, J. (107 N. Y. Supp. 337), at Special Term. Order filed.

FAUDINGTON, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 29, 1908.) Action by Emma Faudington, as administratrix, etc., of James A. Faudington, deceased, against the Erie Railroad Company.
PER CURIAM. Without passing upon the merits of the case until the facts, and especially the nature and parts of the frog and switch, shall be sufficiently shown by oral evidence, or by a suitable drawing or model, the judgment and order are reversed, and a new trial ordered, costs to abide the event, for the reason that upon the present evidence the case is not intelligible.
HOOKER, J., concurs in result.

FEIGENBAUM, Respondent, v. COHEN et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 12, 1908.) Action by Abraham Feigenbaum against Samuel Cohen and another. No opinion. Judgment and order unanimously affirmed, with costs.